IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEOPLAN USA CORPORATION, *et al.* | : | Case No. 06-10872 (BLS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Hearing Date: October 25, 2006 at 1:00 p.m.** |
| | : | **Objection Deadline: October 16, 2006 at 4:00 p.m.** |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CHANIN CAPITAL PARTNERS *NUNC PRO TUNC* TO SEPTEMBER 6, 2006, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

To: All parties requesting special notice under Fed. R. Bankr. P. 2002

PLEASE TAKE NOTICE that on September 28, 2006, the Official Committee of Unsecured Creditors (the "Committee"), filed the **Application of the Official Committee of Unsecured Creditors to Employ Chanin Capital Partners *Nunc Pro Tunc* to September 6, 2006, as Financial Advisors for the Official Committee of Unsecured Creditors** (the "Application).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received no later than **October 16, 2006 at 4:00 p.m.** by that time upon: (i) Counsel for the Debtors, Tobey M. Daluz, Esquire, Ballard Spahr Andrews & Ingersoll, LLP, 919 N. Market Street, 12th Floor, Wilmington, Delaware 19801, and Carl A. Eklund, Esquire, Ballard Spahr Andrews & Ingersoll, LLP, 1225 17th Street, Suite 2300, Denver, Colorado 80202; (ii) Counsel to the Bank of New York, as Agent for the Debtors' prepetition lenders, Michael Messersmith, Esquire, Kaye Scholer, LLC, Three First National Plaza, 70 West Madison Street, Suite 4100,

Chicago, Illinois 60602, and Mark D. Collins, Esquire, Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801; (iii) William K. Harrington, Esquire, Office of the United States Trustee, J. Caleb Boggs, 844 King Street, Suite 2207, Wilmington, Delaware 19801-3519; and (iv) David B. Stratton, Esquire, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709.

A HEARING ON THE MOTION will be held on **October 25, 2006 at 1:00 p.m.** Prevailing Eastern Time before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 28, 2006

David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
(302) 777-6500

*Proposed Counsel for the Official Committee of Unsecured Creditors*

#8058845 v1