IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In Re: | : | |
| | : | Case No. 06-10872 (BLS) |
| NEOPLAN USA CORPORATION, *et al.* | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

## ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CHANIN CAPITAL PARTNERS *NUNC PRO TUNC* TO SEPTEMBER 6, 2006, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application of the Official Committee of Unsecured Creditors to Employ Chanin Capital Partners ("Chanin") *Nunc Pro Tunc* to September 6, 2006, as Financial Advisors for the Official Committee of Unsecured Creditors (the "Application"), for an order, pursuant to sections 328 and 1103(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), authorizing the retention and employment of Chanin as financial advisors to the Committee *nunc pro tunc* to September 6, 2006; and upon the affidavit of Brent Williams, a Managing Director at Chanin (the "Affidavit"); and the Court finding based on the representations made in the Application and the Affidavit that, except as disclosed in the Affidavit, Chanin does not represent any entity having an adverse interest in connection with the cases, they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, they do not hold or represent an interest adverse to the estates with respect to the matters on which Chanin is retained, and the employment of Chain as

#8058852 v1

financial advisors to the Committee is appropriate; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Committee is hereby authorized and empowered to employ Chanin as financing advisors to the Committee in the above captioned bankruptcy cases under chapter 11 of the Bankruptcy Code *nunc pro tunc* to September 6, 2006.

2. Chanin is authorized to perform the services set forth in the Application.

3. Chanin's compensation, a flat rate of $50,000 per month plus out-of-pocket costs, is approved as reasonable.

4. Subject to application and approval by this Court, the fees and expenses of Chanin shall be allowed as an expense of administration of these cases.

Dated: _____, 2006
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE