## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 28th day of September, 2006, I caused the foregoing **Application of the Official Committee of Unsecured Creditors to Employ Chanin Capital Partners** *Nunc Pro Tunc* **to September 6, 2006, as Financial Advisors for the Official Committee of Unsecured Creditors** to be served upon the parties listed on the attached service list by first class mail or in the manner indicated.

_____
Evelyn J. Meltzer

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(Counsel for the Debtors)
**Hand Delivery**

Mark D. Collins, Esquire
Paul N. Heath, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(Counsel for the Bank of New York,
as Agent for the prepetition lenders)
**Hand Delivery**

William K. Harrington, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox Number 35
Wilmington, DE 19801
**Hand Delivery**

Carl A. Eklund, Esquire
Alan K. Motes, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
(Counsel for the Debtors)
**Fed Ex**

Michael B. Solow, Esquire
Michael D. Messersmith, Esquire
Matthew J. Micheli, Esquire
Kaye Scholer LLP
Three First National
70 West Madison
Chicago, IL 60602
(Counsel for the Bank of New York, as Agent for the
prepetition lenders)
**Fed Ex**

David B. Stratton, Esquire
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured
Creditors)

Harold Boade
Neoplan USA Corporation
12015 East 46th Avenue
Suite 200
Denver, CO 80239-3116
(Debtor)

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903

Securities and Exchange Commission
15th & Pennsylvania Ave., NW
Washington, D.C. 20020

Secretary of State
Divisions of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Securities and Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

Christopher W. Morog, Esquire
Jennifer V. Doran, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(Counsel to Laidlaw Transit, Inc.)

James A. Stemple, Esquire
Kirkland & Ellis
200 Randolph Drive
Chicago, IL 60601
(Counsel for the Equity Security Holders)

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428
(Counsel for Cameron County and Brownsville ISD)

Mr. David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 190870-8675
(Airgas, Inc.)

Jill L. Murch, Esquire
Andrea K. Zollett
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
(Counsel for Cummins, Inc.; Cummins Mercruiser Diesel Marine LLC; Holset Engineering Company, Ltd; Fleetguard, Inc.; Kuss Corporation; Diesel ReCon; Consolidated Diesel Company; Jamestown Engine Plant Cummins, Inc.; Onan, Inc.; Fleetguard/Nelson; Universal Silencer; Cummins Natural Gas Engine, Inc.; Cummins Americas, Inc.; Cummins Business Services; and Cummins Komatsu Engine Company)

Mark C. Michalowski, Esquire
Kerry S. Kehoe, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(Counsel for Massachusetts Bay Transportation Authority)

Eric Lopez Schnabel, Esquire
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney PC
100 West Street, Suite 1410
Wilmington, DE 19801
(Counsel for Caterpillar Inc.)

Kathleen M. Miller
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Counsel for Airgas, Inc.)

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato, Gentilotti, Biden & Balick, LLC
1308 Delaware Avenue
Wilmington, DE 19801
(Counsel for City and County of San Francisco)

Steven E. Abelman, Esquire
Brownstein, Hyatt & Farber, P.C.
410 Seventeenth Street, 22nd Floor
Denver, CO 80202
(Counsel for Colorado East Bank & Trust)

Craig D. Johnson
c/o Genesee Wester, Inc. d/b/a
Metalcraft Industries, Inc.
1250 West 124th Avenue
Westminster, CO 80234

Craig D. Johnson
Craig D. Johnson & Associates, P.C.
8 Garden Center
Broomfield, CO 80020
(Agent for c/o Genesee Wester, Inc. d/b/a Metalcraft Industries, Inc.)

Michael J. McQuaid, Esquire
Carr McClellan Ingersoll Thompson & Horn
216 Park Road
Burlingame, CA 94010
(Counsel for City and County of San Francisco)

Adam G. Landis, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors)