06-10872 BLS

Neoplan USA Corporation
700 Gottlob Auwaerter Drive
Lamar, Colorado 81052

Neoplan Bus GmbH
Am Walgraben 129
70565 Stuttgart
Deutschland

William K. Harrington
Office of the U. S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Debtor's Counsel
Tobey M. Daluz, Esq.
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street
12th Floor
Wilmington, Delaware 19801

Counsel to Official Committee of Unsecured Creditors
David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza
Suite 5100
1313 Market Street
Wilmington, Delaware 19899-1709

Dear NEOPLAN and Neoplan counsel:

Our records show an unpaid receivable for accountancy and other consultancy fees dating from 4 December 1984 in the amount of $1120. We have been billing you approximately each year at year end and have received no payment. The rate of interest we have been billing you is at 16% per year. If you pay by 31 December 2010 the total is U.S.$53,658.31. If you pay by 31 January 2011 the total is U.S.$54,325.99. Either amount does not include any commission on the sale of buses to the City of Albuquerque or the distribution of any stock. Those are other issues we have explained to you before. You may review that again in the video interview and transcript of it I'd sent to the Auwaerter director if that person has no objection, or the video I'd sent to Dr. Rudolf Kohler if he has no objection, or the video I'd sent to William K. Harrington if he has no objection. Please note that Heinz and Hans are two different persons and that is the only discrepancy noted between the transcript and the video, to my knowledge. The claims made in the video and the transcript are substantially true, however, the Swiss consulator's claim to know whether Werner Kuhne is Werner K. Rey was made by him, a Mr. Mueggler, not all of Switzerland, to my knowledge, that is.

Bitte, bezahlen Sie, Philipp Merillat Corporation.                 Mit freundlichen Grüssen

*[signature]*
Philipp Merillat Corporation
Post Office Box 777
Pagosa Springs, Colorado 81147-0777 U. S. A.